## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI MACNAUGHTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC,<br><br>Defendant. | Case No. 5:21-cv-00071-BKS-ML<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to the Court's Order of October 30, 2023, Dkt. No. 61, Plaintiff Lori McNaughton ("Plaintiff") and Defendant Young Living Essential Oils, LC ("Defendant" or "Young Living") hereby submit this Joint Status Report and state as follows:

Following the United States Court of Appeals for the Second Circuit's remand of the action for further proceedings on May 2, 2023 (ECF No. 44), the Parties met and conferred and discussed the potential for resolution of the action through private mediation.

On May 25, 2023, the Parties stipulated and agreed to stay all pending deadlines to allow the Parties to engage in private mediation and the Court entered an Order granting that stipulation on May 26, 2023. ECF Nos. 46-47.

The Parties subsequently participated in private mediation before the Hon. Wayne R. Anderson (Ret.) of JAMS on September 13, 2023, and continue to negotiate and finalize the terms of a potential resolution of this matter.

The Parties therefore respectfully request that the Court continue the stay entered on May

1

26, 2023 for an additional thirty (30) days to allow the Parties the opportunity to continue to finalize resolution of the action while conserving judicial and party resources.

Respectfully Submitted,

/s/ Gary M. Klinger
Gary M. Klinger (admitted pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (847) 208-4585
gklinger@milberg.com

Mason A. Barney
N.D.N.Y. Bar Roll No. 518299
SIRI & GLIMSTAD LLP
200 Park Avenue, Seventeenth Floor
New York, New York 10166
Tel: (212) 532-1091
mbarney@sirillp.com

*Attorneys for Plaintiff Lori Macnaughton*

/s/ Rachael A. Rezabek
Olivia Adendorff (pro hac vice)
Rachael A. Rezabek (pro hac vice)
Jeremy A. Fielding (pro hac vice)
**KIRKLAND & ELLIS LLP**
4550 Travis Street Dallas, TX 75205
Tel: (214) 972-1770
olivia.adendorff@kirkland.com
jeremy.fielding@kirkland.com

Alexia R. Brancato
N.D.N.Y. Bar Roll No. 702457
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 909-3344
alexia.brancato@kirkland.com

*Attorneys for Defendant Young Living Essential Oils, LC*