# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI MACNAUGHTON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC,<br><br>     Defendant. | Case No. 5:21-cv-00071-BKS-ML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). Each party shall bear its own fees and costs.

Dated: February 20, 2024      Respectfully submitted,

IT IS SO ORDERED:

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

Dated: February 21, 2024
     Syracuse, NY

            /s/ Gary M. Klinger
            Gary M. Klinger
            **MILBERG COLEMAN BRYSON**
            **PHILLIPS GROSSMAN, PLLC**
            227 W. Monroe Street, Suite 2100
            Chicago, IL 60606
            Telephone: 866-252-0878
            gklinger@milberg.com


            /s/ Mason A. Barney
            Mason A. Barney
            **SIRI & GLIMSTAD, LLP**
            200 Park Avenue, Seventeenth Floor

New York, NY  10166
Tel.:  (212) 532-1091
mbarney@sirillp.com

*Attorneys for the Plaintiff Lori MacNaughton*


/s/ *Rachael A. Rezabek*
Rachael A. Rezabek (pro hac vice)
Olivia Adendorff (pro hac vice)
Jeremy A. Fielding (pro hac vice)
**KIRKLAND & ELLIS LLP**
4550 Travis Street Dallas, TX 75205
Tel: (214) 972-1770
olivia.adendorff@kirkland.com
jeremy.fielding@kirkland.com

Alexia R. Brancato
N.D.N.Y. Bar Roll No. 702457
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 909-3344
alexia.brancato@kirkland.com

*Attorneys for Defendant Young Living Essential Oils, LC*